UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


IN THE MATTER OF
THE EXTRADITION OF
MERRICK AINSWORTH BROWN          CASE NO. 8:08-MJ-1356TBM

_____/


**CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT**

Pursuant to the provisions of the Extradition Treaty ("Treaty") between the United States of America and Great Britain/Northern Ireland, and upon the diplomatic note of the Government of Great Britain and the Complaint of the United States Attorney for the Middle District of Florida, as representative of the government of Great Britain, a warrant was issued for the arrest of Merrick Ainsworth Brown, an alleged fugitive from criminal prosecution in Great Britain.

On January 15, 2009, the court conducted a hearing pursuant to 18 U.S.C. § 3184 *et seq*. On the basis of the matters presented to the court upon the hearing, the request for extradition was granted. (*See* Doc. 16). The findings and conclusion in the Order are incorporated herein. In accordance with those findings, the court hereby certifies that the evidence is sufficient to sustain the extradition of Mr. Brown on the criminal allegations of murder contrary to common law, and conspiracy to commit murder, robbery, conspiracy to commit robbery, aggravated burglary, conspiracy to commit aggravated burglary, possession of a section 1 firearm, conspiracy to possess a section 1 firearm, possession of section 1 ammunition, conspiracy to possess section 1

ammunition, possession of a firearm with intent to endanger life, conspiracy to possess a firearm with intent to endanger life, possession of a firearm with intent to commit an indictable offense, conspiracy to possess a firearm with intent to commit an indictable offense, trespass on property with a firearm, and conspiracy to trespass on property with a firearm, in violation of provisions of the Criminal Law Act and/or the Firearms Act. There exists a valid extradition treaty between the United States of America and Great Britain/Northern Ireland and the offenses for which Mr. Brown stands accused are extraditable offenses under the Treaty. The evidence adequately supports that Mr. Brown is the individual sought and there is probable cause that Mr. Brown is guilty of the listed offenses. These crimes are also crimes in the United States.

The circumstances in Mr. Brown's extradition are not demonstrated to fall with any of the exceptions to extradition as contained in the Treaty or otherwise authorized by law.

Accordingly, it is hereby **CERTIFIED** that Merrick Ainsworth Brown may lawfully be extradited to Great Britain as set out herein. Mr. Brown shall remain in the custody of the United States Marshal pending further action of the Secretary of State of the United States of America or order of this court.

It is further **ORDERED** that this Certificate of Extraditability and Order of Commitment, together with all the evidence and transcripts of proceedings in this

cause, shall be forwarded forthwith to the Secretary of State of the United States by the Clerk of Court.

**Done and Ordered** in Tampa, Florida this 21st day of January 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
Secretary of State of United States of America